1  Ryan M. McNamara, Bar No. 223606
    rmcnamara@calljensen.com
2  CALL & JENSEN
3  A Professional Corporation
   610 Newport Center Drive, Suite 700
4  Newport Beach, CA  92660
   Tel:   (949) 717-3000
5  Fax:   (949) 717-3100

6  Attorneys for Defendant LWLL, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LWLL, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  5:20-cv-01240-DSF-SHK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LWLL, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: July 6, 2020<br>Current response date: July 27, 2020<br>New response date: August 26, 2020 |
| | Complaint Filed:   June 19, 2020<br>Trial Date:            None Set |

Pursuant to Local Rule 8-3, Plaintiff James Rutherford ("Plaintiff") and Defendant LWLL, LLC ("Defendant") (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

**WHEREAS**:

1. Plaintiff filed his Complaint on June 19, 2020;

2. Defendant received service of the Summons and Complaint in this matter on July 6, 2020;

3. Defendant's current deadline to respond to the Complaint is July 27, 2020;

4. The Parties agreed to extend the deadline for Defendant to respond to the Complaint by no more than 30 days.

**NOW THEREFORE**, Defendant LWLL, LLC shall have up to and including August 26, 2020, to respond to the Complaint.

Nothing in this stipulation shall limit any party's right to seek a further extension. Nothing in this stipulation shall represent a waiver or relinquishment of any of the Parties' respective rights or defenses associated in any way with the action.

Dated: July 27, 2020

CALL & JENSEN
A Professional Corporation
Ryan M. McNamara

By: */s/ Ryan M. McNamara*
Ryan M. McNamara

Attorneys for Defendant LWLL, LLC

Dated: July 27, 2020

MANNING LAW, APC

By: */s/ Joseph R. Manning, Jr.*
Joseph R. Manning, Jr., Esq.

Attorneys for Plaintiff James Rutherford

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Joseph R. Manning, Jr., counsel for Plaintiff James Rutherford, and that I have obtained Mr. Manning's authorization to affix his electronic signature to this document.

By: */s/ Ryan M. McNamara*
Ryan M. McNamara

Attorneys for Defendant LWLL, LLC